UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MGM RESORTS INTERNATIONAL, et al., :
:
Plaintiffs, : **ORDER**
:
v. : 18 Civ. 6451 (AKH)
:
DAN SOCCI, et al., :
:
Defendants. :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On May 29, 2020, after participating in mediation, the parties filed a joint stipulation of voluntary dismissal. *See* ECF Nos. 59–62.

Accordingly, the case is dismissed, without prejudice and without costs. The Clerk shall terminate any open motions and mark the case closed.

SO ORDERED.

Dated: New York, New York
       June 6, 2022

                                                    _____/s/_____
                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge